IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DANNIEL DELORME | § | |
| | § | |
| VS. | § | CASE NO. 6:23-CV-181-JDK |
| | § | |
| TRANE TECHNOLOGIES COMPANY, | § | |
| LLC | § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on November 29, 2023. The conference resulted in a **settlement.**

All parties and counsel were present, including:   Danniel DeLorme, Plaintiff; William S. Hommel, Jr., Attorney for Plaintiff; Ayka Rice, In House Counsel for Defendant; Eva Turner and Shaina Hicks, Counsel for Defendant.

SIGNED this 4th day of December 2023.


___/s/ Beth Krugler_____
M. Beth Krugler
Assigned Mediator